_Federal Prisoner_

Alfred Erik Caraffa ☎ #350727
Name and Prisoner/Booking Number

Arizona State Prison Complex - Tucson
Place of Confinement

PO Box 24403 - (Rincon Unit)
Mailing Address

Tucson Arizona 85734 USA
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌──────────────────────────────────────┐
│  ___ FILED        ___ LODGED          │
│      RECEIVED         COPY            │
│  9  ┌──────────────────┐  9          │
│     │   JAN 1 1 2024   │             │
│     └──────────────────┘             │
│      CLERK U S DISTRICT COURT        │
│       DISTRICT OF ARIZONA            │
│  BY_____ DEPUTY   │
└──────────────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Alfred "Erika"
Federal Prisoner
Caraffa ☎ #350727 et. al.,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Librarion NERIO ,
(Full Name of Defendant)

(2) ADCRR ,

(3) State of Arizona ,

(4) Employees of ASPC-Tucson,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

filed under 28 USCS section 1711 - class Action.

CASE NO. CV-24-0027-TUC-JGZ-PSOT

(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Official/Unofficial and Individual Capacity .

2. Institution/city where violation occurred: ASPC-Tucson/Tucson AZ

Revised 12/1/23

1 of 21 total

**550/555**

**B.  DEFENDANTS**

1.   Name of first Defendant: <u>Librarian NERIO</u>                The first Defendant is employed
as: <u>Librarian of Rincon unit</u>            at <u>unlawfully employed state</u>.
        (Position and Title)                        <u>employee</u>   (Institution)

2.   Name of second Defendant: <u>ADCRR</u>          The second Defendant is employed as:
as: <u>Arizona Dept of Corrections</u>      at <u>Unlawful state government</u>.
        (Position and Title)                        <u>entity</u>   (Institution)

3.   Name of third Defendant: <u>State of Arizona</u>      The third Defendant is employed
as: <u>State of Arizona</u>                at <u>State government</u>      .
        (Position and Title)                            (Institution)

4.   Name of fourth Defendant: <u>Employees of ASPC-</u>      The fourth Defendant is employed
as: <u>Unlawful Employees of ASPC-</u> at <u>Unlawful Employees of</u>
<u>Tucson</u>   (Position and Title)          <u>the state of</u>   (Institution) <u>Arizona</u>

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C.  PREVIOUS LAWSUITS**

1.   Have you filed any other lawsuits while you were a prisoner?   ☒ Yes      ☐ No

2.   If yes, how many lawsuits have you filed? <u>160</u>   Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties: <u>See Query</u> v. <u>Search</u>
      2.   Court and case number: <u>See Query Search</u>.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) <u>See Query Search</u>

   b.   Second prior lawsuit:
      1.   Parties: <u>N/A</u> v. <u>N/A N/A</u>
      2.   Court and case number: <u>N/A</u>
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) <u>N/A N/A N/A</u>

   c.   Third prior lawsuit:
      1.   Parties: <u>N/A</u> v. <u>N/A</u>
      2.   Court and case number: <u>N/A</u>
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) <u>N/A</u>

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2 of ~~2~~ 2 of 21

_Additional Plaintiff(s)_

2) Jeffrey Jeremiah GABRIEL ADC#358293
Prisoner at Arizona State Prison Complex—Tucson
on Housing Unit Five A in cell 5 on Rincon as
Named class member of this Complaint

2(a) of 2 of 21

**D.  CAUSE OF ACTION**

**COUNT I**

1.  State the constitutional or other federal civil right that was violated: _14th Amendment of the United States Constitution_.

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: _Due process of law_.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   _Defendant(s) who Are Unlawfully Employed by the State of Arizona by way of Librarian MS. NERIO of Rincon Unit (ASPC - Tucson) have provided false, misleading Information of the Address for the U.S. District Court - House of California in Los Angels CA, and for the Von Nuys Superior Courthouse which is on Van Nuys Blvd. in Los Angeles CA. (see Exhibit of Evidence K 197B) Enclosed –_

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
   _Constitutional violation(s) IN A Criminal habeas Corpus Action of 23-2395 (District Court # 2-23-CV-00982-PHX-MTL-(ESW)_

5.  **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b.  Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c.  Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Not grievible at this facility is A court Decision._

3 of ~~21~~ 21

**COUNT II**

1. State the constitutional or other federal civil right that was violated: 8th Amendment U.S. Constitutional Law

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☒ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   As Another form of Retaliation by Correctional Staff at Rincon Unit ASPC Tucson Defendent(s) have Conspired to Provide the Wrong Courthouse Addresses in A California habeas Corpus Action, (see enclosed Exhibit of Evidence K1978)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Act(s) of more retaliation by the same Unlawful Employees of ADCRR at/on Rincon Unit/ASPC-Tuc

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☐ Yes    ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Are An Unconstitutional State Entity therefore their grievance process is Also Unlawful

   4 of 21

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _14th Amendment_
U.S. Constitutional Law

2.  **Count III.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☒ Other: _Due process of law_.

3.  **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

    The Prisoner Grievance Policy of Arizona Department of Corrections is Unconstitutional and Unlawful and has No Federal Jurisdiction therefore by State of Arizona Constitutional Law the Policy is Unlawful.

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

    Unconstitutional and unlawful ADCRR policy

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count III?   ☐ Yes   ☒ No
    c.  Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   Unconstitutional Grievance Policy

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

# Count Four
## Cause of Action

1) CONSTITutional and/or civil right violated:
Eighth Amendment of the United States
Constitution.

2) Count Four: cruel and Unusual punishment

3) Supporting facts: On December 16th 2023
and December 17th 2023, under color of an
unconstitutional law, and in violation of
A Federal Court of the United States
Court order signed April 7th 2023, Defendant(s)
In Unofficial, official and Individual Capacities
Refused to provide the third meal of that "day(s)"
to Alfred "Erika" Caroffa Federal Prisoner
350727 (According to U.S. Court of Appeal(s)
case(s) and Document(s) of the Federal Government)
and to my roommate (who is Also unconstitutionally
Arrested and in unlawful custody) Jeffery Jeremiah
GABRIEL ADc#358293.

4) Injury - Violation(s) of the United states
Constitutional Laws and An U.S. District Court order
In the District of Arizona.

5) (A) yes (B) Doesn't Appel per Federal Court order is An
Court Decision.

5 (a) of 7 of 21

## Count Five
## Cause of Action

1) Constitutional and/or Civilright violated: 8th Amendment of the U. S. Constitution.

2) Count Five: Cruel and Unusual Punishment

3) Supporting facts: On December 23rd 2023 and Dec. 24th 2023 under color of an unconstitutional Law and in Violation of A Federal Court of the United States Court order signed on April 7th 2023 by A U.S. District Court Judge Roslyn O. Silver.
   Defendant(s) in Unofficial, official and Individual Capacities) knowingly and willingly Refused to provide A third Meal for those two weekend "days" cited Above to Federal Prisoner 350727 Alfred "Erika" Caraffa and too Jeffrey Jeremiah GABRIEL 358295 (ADc#)

4) Injury - Violation of An U.S. District court order and Injunction and Violation(s) of the U.S. Constitutional Laws

5)(A) yes (5) Doesn't Apply is A Federal Court Decision.

5 (b) of 7 of 21

## Count Six
### Cause of Action

1) Constitutional Right and/or civil right Violated: Eighth Amendment of the U.S. Constitution.

2) Count six- cruel and Unusual Punishment

3) Supporting facts= On Christmas Day, December 25th 2023 (A federal Holiday) under color of an Unconstitutional Law and in Violation of An U.S. District Court of Arizona Court order (See Exhibits of Evidence 3 of 3 pages) signed on April 7th 2023.
    Defendant(s) in Unofficial, official and Individual Capacities knowingly and willingly as an Unconstitutional "policy" or/and "Custom" Refused to obey an Federal Court order and Did Not provide A third Meal for that "day" Nor did they provide two meals as A Brunch one hot Meal and one cold Meal with the equal calories and Natural Values. To the Named Plaintiff(s) in this class Action Civil seit.

4) Injury-Violation(s) of A federal Court order and Injunction and Violation(s) of the U.S. Constitution

5(c) of 7 of 21

(5)(a) yes
   (b) Doesn't Apply As it's A Court decision.


## Count Seven
## Cause of Action

1) Constitutional Right and/or Civil Right Violated: Eighth Amendment of the United States Constitution

2) Count Seven - Cruel and unusual punishment

3) Supporting facts - ON December 30th 2023 and December 31st 2023 under color of an UNconstitutional Law and in violation of An U.S. District Court of Arizona Court order (see Exhibit of Evidence 3 of 3 pages) signed on April 7th 2023 Defendant(s) in Unofficial, official and Individual Capacities knowingly and willingly violated a federal Court order by Not providing A third Meal for those two weekend day(s) Nor Did the Defendant(s) Provide A Brunch Meal of one Hot meal and one cold Meal with the same equal calories value and Natural values To the

5(d) of 7 of 21

Named Plaintiff(s) in this class Action
Civil Lawsuit.

4) Injury- Violation(s) of the U.S. Constitution
and of A federal court order of the U.S.
District of Arizona Federal Court.

5)(a) yes
(b) Doesn't Apply Due to Being A Federal
Court Decision.

Count Eight
Cause of Action

1) Constitutional Right Violated and/or
Civil Right Violated: 8th Amendment of the U.S.
Constitution

2) Count Eight: Cruel and unusual Punishment

3) supporting facts: ON Jan. 1st 2024,
(New Year's Day) Defendant(s) failed to
provide A third Meal for the day as to AN
U.S. District Court of Arizona court order
and Injunction Nor Did Defendant(s) provide

5 (e) of 7 of 21

the stated Requirement Of one hot meal and one cold meal as An Brunch on the day(s)in Question. under color of An Unconstitutional State Law in an official, Official and Individual Capacities to Federal Prisoner Alfred Erik Caraff 350727 and Jeffrey Jeremiah GABRIEL ADC#358293.

4) Injury-Violation(s) of U.S. Constitutional Law(s) and of An Federal Court order signed on April 7th 2023 by Federal District of Arizona (United States) Judge Roslyn O. Silver

5)(a) yes
   (b) Doesn't Apply as is An Federal Court Decision.

5(f) of 7 of 21



**Arizona Department of Corrections**
**Rehabilitation and Reentry**    Exhibit of
**Inmate Letter Response**    Evidence K197B

For distribution:    Copy of corresponding inmate Letter must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Caraffa, A. | 350727 |

| INSTITUTION/UNIT |
|---|
| ASPC-TUCSON-RINCON 5A5T |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| LIBRARIAN NERIO | LIBRARY |

This is in response to your inmate request that you submitted on 12/28/23. (1) The address for Superior Court of Los Angeles Court-Van Nuys Courthouse East is 6230 Sylmar Ave, Van Nuys, Ca. 91401. (2) The Attorney General for the State of California is Rob Bonta mailing address is P.O. Box 944255 Sacramento, Ca. 94244-2550. (3) The address for the U.S. District Court house for the County of Los Angeles Ca. -First street is, First street Federal Courthouse 350 West 1st Street, Suite 4311 Los Angeles, Ca. 90012-4565. There is also Los Angeles U. S. Courthouse 350 W. 1St. St. Los Angeles, Ca. 90012.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 12/28/2023 |

Distribution:    Original – Master File
              Copy - Inmate

7 of 21

916-2
5/14/12